1
2
3
4
5
6
7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ENRIQUE VARGAS,

11          Plaintiff,                              No. CIV S-06-1877 DFL KJM PS

12      vs.

13   THE LUMBER INDUSTRY PENSION FUND,

14          Defendant.                    _____    ORDER

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Calendared for hearing on September 27, 2006 is defendant's motion to dismiss.  No opposition

18   to the motion has been filed.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

21   will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

22   the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

23   that failure to appear may be deemed withdrawal of opposition to the motion or may result in

24   sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

25   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of September 27, 2006 is vacated. Hearing on defendant's motion is continued to October 25, 2006 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motion no later than October 11, 2006. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
vargas.con