IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE VARGAS,

    Plaintiff,                              No. CIV S-06-1877 DFL KJM PS

    vs.

THE LUMBER INDUSTRY PENSION FUND,

    Defendant.                           ORDER

/

        Plaintiff has requested a further extension of time to file opposition to defendant's motion to dismiss. This matter was already continued because of plaintiff's failure to timely file opposition. Plaintiff will be granted one final extension. No further extensions will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The hearing date of October 25, 2006 is vacated.

        2. Plaintiff shall file opposition, if any, to the motion no later than November 6, 2006. Failure to file opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

/////

/////

1

1        3.  Reply, if any, shall be filed no later than November 13, 2006.  The matter shall
2  thereafter stand submitted.

3  DATED: October 13, 2006.

                                                                     /s/ _____
UNITED STATES MAGISTRATE JUDGE

006
vargas.eot