IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE VARGAS,

      Plaintiff,                        No. CIV S-06-1877 DFL KJM PS

   vs.

LUMBER INDUSTRY PENSION FUND,

      Defendant.                    <u>ORDER</u>

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On November 28, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed November 28, 2006, are adopted in full;

1

1         2.  Defendant's motion to dismiss is granted; and

2         3.  This action is dismissed with prejudice.

3  DATED: March 19, 2007

4

5                                          /s/ David F. Levi
                                           UNITED STATES DISTRICT JUDGE
6
   vargas1877.jo
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26